IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REGINALD MCRAE,                    :
                                   :
        Petitioner,                :
                                   :
v.                                 :    Civil Action No. 04-289-JJF
                                   :
THOMAS CARROLL,                    :
Warden, and M. JANE                :
BRADY, Attorney General            :
of the State of                    :
Delaware,                          :
                                   :
        Respondents.               :

**ORDER**

At Wilmington, this _31_ day of May, 2005, consistent

with the Memorandum Opinion issued this same day;

IT IS HEREBY ORDERED that:

1.  Petitioner Reginald McRae's  Application For A Writ

Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 is DISMISSED,

and the relief requested therein is DENIED.  (D.I. 2.)

2.  The Court declines to issue a certificate of

appealability for failure to satisfy the standard set forth

in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE